Case 4:24-cv-01795   Document 54   Filed on 04/24/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRENCE REED, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-1795 |
| | § | |
| KANSAS CITY SOUTHERN RAILWAY COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On December 13, 2024, Defendant's partial motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 44) was referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1)(B). (Dkt. 48). Judge Bray filed a Memorandum and Recommendation on March 4, 2025, recommending that Defendant's partial motion to dismiss be **GRANTED**. (Dkt. 51). On March 18, 2025, Plaintiff filed his Objections. (Dkt. 52). On April 1, 2025, Defendant responded to Plaintiff's Objections. (Dkt. 53).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). The Court has carefully considered Plaintiff's Objections; Defendant's response to Plaintiff's Objections; the Memorandum

2

and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Bray's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Bray's Memorandum and Recommendation (Dkt. 51) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) The failure-to-promote claims alleged in Plaintiff's second amended complaint are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on April 24, 2025.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE