United States District Court
Southern District of Texas

**ENTERED**

July 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TERRENCE REED, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-1795 |
| | § | |
| KANSAS CITY SOUTHERN | § | |
| RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On October 3, 2025, this case was referred to United States Magistrate Judge Peter Bray for all pretrial purposes. (Dkt. 79). Judge Bray filed a Memorandum and Recommendation on May 1, 2026 recommending that Defendant's motion for summary judgment be granted. (Dkt. 101). On May 29, 2026, Plaintiff filed his Objections. (Dkt. 108). On June 12, 2026, Defendant responded to Plaintiff's Objections. (Dkt. 109).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). The Court has carefully considered Plaintiff's Objections; Defendant's response to Plaintiff's Objections; the Memorandum

2

and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Bray's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1)    Judge Bray's Memorandum and Recommendation (Dkt. 101) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)    Defendant's motion for summary judgment (Dkt. 74) is **GRANTED**;

(3)    Docket entries 80, 86, 89, and 91 are **TERMINATED** in accordance with the rulings set out by Judge Bray in the Memorandum and Recommendation; and

(4)    Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 6, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2